# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| BLACK & LOANS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 26-550 |
| v. | ) | (Filed: June 11, 2026) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On June 8, 2026, this Court ordered Plaintiff Black & Loans, LLC to show cause as to why its case should not be dismissed. ECF No. 7. In its response, Plaintiff represented that it does not intend to comply with RCFC 83.1(a)(4) and agreed that its case should therefore be dismissed pursuant to RCFC 41(b). ECF No. 8. In light of Plaintiff's response, and in accordance with this Court's June 8, 2026 Order, Plaintiff's Complaint is **DISMISSED without prejudice** pursuant to RCFC 41(b).

The Court notes that before it responded to the Order to Show Cause, Plaintiff exercised its right to amend its Complaint as a matter of course pursuant to RCFC 15(a)(1)(B). The Amended Complaint accepted for filing.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge